IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-291-D

RONALD A. HENRY,

   Plaintiff,

v.

FRANK BLAIR WILLIAMS, et al.,

   Defendants.

**ORDER**

  The court has reviewed plaintiff's motion for a temporary restraining order [D.E. 5] under the governing standard. See, e.g., Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); Centro Tepeyac v. Montgomery Cnty., 722 F.3d 184, 188 (4th Cir. 2013) (en banc); Real Truth About Obama, Inc. v. FEC, 575 F.3d 342, 346 (4th Cir. 2009), vacated on other grounds, 559 U.S. 1089 (2010), reissued in relevant part, 607 F.3d 355 (4th Cir. 2010) (per curiam); Mitchell v. N.C. Div. of Emp. Sec., 76 F. Supp. 3d 620, 628 (E.D.N.C. 2014), aff'd, 599 F. App'x 517 (4th Cir. 2015) (per curiam) (unpublished). The court DENIES as meritless plaintiff's motion for a temporary restraining order [D.E. 5].

  SO ORDERED. This __1__ day of June, 2025.

JAMES C. DEVER III<br>
United States District Judge