IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-291

RONALD A. HENRY,

        Plaintiff,

v.

FRANK BLAIR WILLIAMS, RACHEL BYRD,
HERMAN MUNGAI, JEREMY COZART,
and CINDY WILLIS,

        Defendants.

ORDER

The court DENIES as meritless plaintiff's motions to stay [D.E. 12, 35] and DENIES as moot plaintiff's motion to expedite [D.E. 36].

SO ORDERED. This 18 day of July, 2025.

JAMES C. DEVER III
United States District Judge